IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-10773-BB

_____

VISION WARRIORS CHURCH, INC.,

                                                                                                 Plaintiff-Appellant,

versus

CHEROKEE COUNTY BOARD OF COMMISSIONERS,

                                                                                                 Defendant,

HARRY JOHNSTON,
STEVE WEST,
RAY GUNNIN,
BENNY CARTER,
COREY RAGSDALE,
both individually and in their official capacities as
members of the Cherokee County Board of Commissioners, et al.,

                                                                                 Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

    Appellant's motion for leave to file an amended initial brief is DENIED.

                                                                       /s/ Jill Pryor_____
                                                                     UNITED STATES CIRCUIT JUDGE